Homer Mathis HODGES, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12668.

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1956.

L. E. Gwinn, Memphis, Tenn., for appellant.

Millsaps Fitzhugh, Edward N. Vaden, Robert E. Joyner, U. S. Attys., Memphis, Tenn., for appellee.

Before SIMONS, Chief Judge, MARTIN and STEWART, Circuit Judges.

PER CURIAM.

This appeal, having been heard upon the record, briefs, and argument of counsel for the parties;

And it appearing that appellant, an employee of the Railway Express Agency, was found guilty by a jury of the theft of two guns moving in interstate commerce in violation of Title 18 U.S. C.A. § 659;

And the court being of the opinion that there was substantial credible evidence to support the verdict, and that therefore the trial court did not err in overruling appellant's motion for a judgment of acquittal; and the court also being of the opinion that in the exclusion and admission of evidence the district court committed no error prejudicial to the appellant;

It is ordered that the judgment be and it hereby is affirmed.

Arthur W. EINSTEIN and Jean M.
Einstein, Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

Robert M. BROWN and Margaret L.
Brown, Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

G. Glen ANDERSON and Naomi D.
Anderson, Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

Nos. 12545–12547.

United States Court of Appeals
Sixth Circuit.

Feb. 24, 1956.

Mooney, Hahn, Loeser, Keough & Freedheim, Cleveland, Ohio, for petitioners.

H. Brian Holland, Ellis N. Slack, Frank E. A. Sander, and Karl Schmeidler, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above causes coming on to be heard upon the transcript of record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decisions be and are hereby affirmed upon the findings of fact and opinion of the Tax Court.